**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Armando SILEX, Defendant–Appellant.**

**No. 89–8008.**

United States Court of Appeals,
Fifth Circuit.

July 18, 1990.

Charles Louis Roberts, El Paso, Tex., for defendant-appellant.

Helen M. Eversberg, U.S. Atty., LeRoy Morgan Jahn, Philip Police, Asst. U.S. Attys., Ronald F. Ederer, San Antonio, Tex., for plaintiff-appellee.

Before GEE, DAVIS, and JONES, Circuit Judges.

### ON SUGGESTION FOR REHEARING EN BANC

PER CURIAM:

Treating the suggestion for rehearing en banc as a petition for panel rehearing, it is ordered that the petition for panel rehearing is GRANTED.

We withdraw our unpublished opinion affirming the enhanced sentence of Silex, based on our Circuit's formerly controlling

---

authority of *United States v. Leonard,* 868 F.2d 1393 (5th Cir.1989), *cert. denied,* —— U.S. ——, 110 S.Ct. 2585, 110 L.Ed.2d 266 (1990). *Leonard's* reasoning is rejected by the Supreme Court in *Taylor v. United States,* —— U.S. ——, 110 S.Ct. 2143, 109 L.Ed.2d 607 (1990). We therefore VACATE the sentence of Silex and REMAND this cause for proceedings consistent with the opinion in *Taylor.* It is so

ORDERED.